UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | Case No. 3:14-cv-00379-RS |
| CHARLES P. LOCKETT and DORI LOCKETT,<br><br>         Plaintiffs,<br><br>v.<br><br>A.O. SMITH CORPORATION, et al.,<br><br>         Defendants. | **ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT BORGWARNER MORSE TEC INC., AS SUCCESSOR BY MERGER TO BORG-WARNER CORPORATION**<br><br>Judge: Honorable Richard Seeborg<br>Courtroom: 3 |

1

# ORDER

Having reviewed the Joint Motion to Dismiss all claims of Plaintiffs against Defendant BORGWARNER MORSE TEC INC., AS SUCCESSOR BY MERGER TO BORG-WARNER CORPORATION without prejudice, the Court orders as follows:

1. The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendant BorgWarner Morse Tec Inc., As Successor By Merger To Borg-Warner Corporation are hereby dismissed without prejudice;

2. The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: 2/25/14

_____
Hon. Richard Seeborg
U.S. District Court
Northern District of California

2

**ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT BORGWARNER MORSE TEC INC., AS SUCCESSOR BY MERGER TO BORG-WARNER CORPORATION**

3:14-cv-00379-RS