1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. LOCKETT and DORI LOCKETT,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>A.O. SMITH CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 3:14-cv-00379-RS<br><br>**ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT BASF CATALYSTS LLC**<br><br>Judge: Honorable Richard Seeborg<br>Courtroom: 3 |

# ORDER

Having reviewed the Joint Motion to Dismiss all claims of Plaintiffs against Defendant BASF CATALYSTS LLC without prejudice, the Court orders as follows:

1. The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendant BASF Catalysts LLC are hereby dismissed without prejudice;

2. The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: 2/25/14

Hon. Richard Seeborg
U.S. District Court
Northern District of California