UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | |
| | Case No. 3:14-cv-00379-RS |
| CHARLES P. LOCKETT and DORI LOCKETT, | |
| Plaintiffs, | **ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT PNEUMO ABEX CORPORATION** |
| v. | |
| A.O. SMITH CORPORATION, et al., | Judge: Honorable Richard Seeborg<br>Courtroom: 3 |
| Defendants. | |

# ORDER

Having reviewed the Joint Motion to Dismiss all claims of Plaintiffs against Defendant PNEUMO ABEX CORPORATION without prejudice, the Court orders as follows:

1. The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendant Pneumo Abex Corporation are hereby dismissed without prejudice;

2. The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: 2/25/14

_____
Hon. Richard Seeborg
U.S. District Court
Northern District of California