1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | |
|---|---|
| CHARLES P. LOCKETT and DORI LOCKETT, <br><br> Plaintiffs, <br><br> v. <br><br> A.O. SMITH CORPORATION, et al., <br><br> Defendants. | Case No. 3:14-cv-00379-RS <br><br> **ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT GENUINE PARTS COMPANY** <br><br> Judge: Honorable Richard Seeborg <br> Courtroom: 3 |

# ORDER

Having reviewed the Joint Motion to Dismiss all claims of Plaintiffs against Defendant GENUINE PARTS COMPANY without prejudice, the Court orders as follows:

1. The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendant Genuine Parts Company are hereby dismissed without prejudice;

2. The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: 2/25/14

Hon. Richard Seeborg
U.S. District Court
Northern District of California