1  SEDGWICK LLP
   Eugene Brown, Jr. (State Bar No.79824)
2  eugene.brown@sedgwicklaw.com
   Amee A. Mikacich (State Bar No.146814)
3  amee.mikacich@sedgwicklaw.com
   Brian Davies (State Bar No. 279728)
4  brian.davies@sedgwicklaw.com
   333 Bush Street, 30th Floor
5  San Francisco, CA  94101-2834
   Telephone:    415.781.7900
6  Facsimile:    415.781.2635

7  Attorneys for Defendant
   CHEVRON U.S.A. INC.
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | CHARLES P. LOCKETT AND DORI LOCKETT, | Case No. **4:14-cv-00379-PJH** |
|---|---|---|
| 13 | Plaintiffs, | |
| 14 | v. | JOINT STIPULATION FOR DISMISSAL AS TO DEFENDANT CHEVRON U.S.A. INC.; AND |
| 15 | A.O. SMITH CORPORATION, et al., | |
| 16 | Defendants. | [~~PROPOSED~~] ORDER |
| 17 | | |

18

19     Plaintiffs CHARLES LOCKETT and DORI LOCKETT and defendant CHEVRON

20  U.S.A. INC., by and through their counsel of record, respectfully submit this Joint Stipulation for

21  Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41, subsection (a)(2).  This

22  Joint Stipulation disposes of the entire action and all claims between plaintiffs CHARLES

23  LOCKETT and DORI LOCKETT and defendant CHEVRON U.S.A. INC.

24  DATED: April 2, 2014          NAPOLI BERN RIPKA SHKOLNIK, LLP

25

26                                 By: _____
                                       E. Page Allinson
27                                     Attorney for Plaintiffs
                                       CHARLES LOCKETT and DORI LOCKETT
28

-1-

JOINT STIPULATION AND ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS
AGAINST DEFENDANT CHEVRON U.S.A. INC.

1  DATED: _April 3_, 2014        SEDGWICK LLP

By: _____
Eugene Brown, Jr.
Amee Mikacich
Brian Davies
Attorneys for Defendant
CHEVRON U.S.A. INC.

## [PROPOSED] ORDER

Having reviewed the Joint Stipulation set forth above, the Court hereby orders that the entire action and all claims between plaintiffs CHARLES LOCKETT and DORI LOCKETT and defendant CHEVRON U.S.A. INC. are dismissed with prejudice.

IT IS SO ORDERED.

DATED: _April 16_, 2014

_____
Hon. Phyllis J. Hamilton
U.S. District Judge
Northern District of California

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton