```
SEDGWICK LLP
Eugene Brown, Jr. (State Bar No.79824)
eugene.brown@sedgwicklaw.com
Amee A. Mikacich (State Bar No.146814)
amee.mikacich@sedgwicklaw.com
Brian Davies (State Bar No. 279728)
brian.davies@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94101-2834
Telephone:    415.781.7900
Facsimile:     415.781.2635

Attorneys for Defendant
UNION OIL COMPANY OF CALIFORNIA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. LOCKETT AND DORI LOCKETT,<br><br>Plaintiffs,<br><br>v.<br><br>A.O. SMITH CORPORATION, et al.,<br><br>Defendants. | Case No. **4:14-cv-00379-PJH**<br><br>JOINT STIPULATION FOR DISMISSAL AS TO DEFENDANT UNION OIL COMPANY OF CALIFORNIA; AND<br><br>[~~PROPOSED~~] ORDER |

Plaintiffs CHARLES LOCKETT and DORI LOCKETT and defendant UNION OIL COMPANY OF CALIFORNIA, by and through their counsel of record, respectfully submit this Joint Stipulation for Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41, subsection (a)(2).  This Joint Stipulation disposes of the entire action and all claims between plaintiffs CHARLES LOCKETT and DORI LOCKETT and defendant UNION OIL COMPANY OF CALIFORNIA.

DATED: _April 2_, 2014          NAPOLI BERN RIPKA SHKOLNIK, LLP

By: _/s/ E. Page Allinson_
E. Page Allinson
Attorney for Plaintiffs
CHARLES LOCKETT and DORI LOCKETT

-1-

JOINT STIPULATION AND ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS
AGAINST DEFENDANT UNION OIL COMPANY OF CALIFORNIA

1  DATED: April 3, 2014        SEDGWICK LLP

3                              By: _____
                                   Eugene Brown, Jr.
4                                  Amee Mikacich
                                   Brian Davies
5                                  Attorneys for Defendant
                                   UNION OIL COMPANY OF CALIFORNIA

11                          [PROPOSED] ORDER

12   Having reviewed the Joint Stipulation set forth above, the Court hereby orders that the entire action and all claims between plaintiffs CHARLES LOCKETT and DORI LOCKETT and defendant UNION OIL COMPANY OF CALIFORNIA are dismissed with prejudice.

15        IT IS SO ORDERED.

17   DATED: April 16, 2014

                                   _____
                                   Hon. Phyllis J. Hamilton
                                   U.S. District
                                   Northern District of California

*IT IS SO ORDERED. Judge Phyllis J. Hamilton* (seal)