AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Charles Lockett, et al.

           Plaintiff (s),

V.

A.O. Smith Corporation, et al.

           Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:14-cv-00379-CRB

Notice is hereby given that, subject to approval by the court, __Allied Insulation Supply Co., Inc.__ substitutes
(Party (s) Name)

__Kathryn L. Hoff__, State Bar No. __260420__ as counsel of record in
(Name of New Attorney)

place of __Kathryn L. Hoff__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
    Address: 525 Market Street, 17th Floor, San Francisco, CA 94105
    Telephone: (415) 433-0990      Facsimile (415) 434-1370
    E-Mail (Optional): Lucy.Hoff@wilsonelser.com

I consent to the above substitution.
Date: 5/1/14

*Jeffrey S. Morgan for Allied Insulation Supply Co., Inc.*
/s/ J. Morgan
(Signature of Party (s))

I consent to being substituted.
Date: 5/1/14

Kathryn L. Hoff
/s/ Kathryn L. Hoff
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 5/1/14

/s/ Kathryn L. Hoff
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: May 2, 2014

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]