Douglas G. Wah, Esq., SBN 64692
DWah@FoleyMansfield.com
Robert V. Betette, Esq., SBN 136337
RBetette@FoleyMansfield.com
Melissa M. Corica    SBN 260905
mcorica@foleymansfield.com
**FOLEY & MANSFIELD PLLP**
300 Lakeside Drive, Suite 1900
Oakland, California 94612
Telephone No: (510) 590-9500
Facsimile No:  (510) 590-9595

Attorneys for Defendant,
**PARSONS CORPORATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. LOCKETT AND DORI LOCKETT,<br><br>Plaintiffs,<br><br>vs.<br><br>A.O. SMITH CORPORATION, et al.,<br><br>Defendants. | Case No: 4:14-cv-00379-CRB<br><br>**ORDER GRANTING DEFENDANT PARSONS CORPORATION'S APPLICATION FOR ORDER EXCUSING LEAD TRIAL COUNSEL FROM PERSONALLY ATTENDING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>[Filed concurrently with Application for Lead Trial Counsel to be Excused ; Declaration of Melissa M. Corica in Support of Application for Lead Trial Counsel to be Excused]<br><br>Complaint Filed: July 9, 2013<br>Trial Date: None Set |

Having reviewed the Application by Defendant Parsons Corporation for an order excusing its lead trial counsel, Douglas G. Wah, from personal attendance at the initial Case Management Conference set for May 16, 2014, including the Declaration of Melissa

1

[PROPOSED] ORDER GRANTING DEFENDANT PARSONS CORPORATION'S APPLICATION FOR ORDER EXCUSING LEAD TRIAL COUNSEL FROM PERSONALLY ATTENDING INITIAL CASE MANAGEMENT CONFERENCE

M. Corica filed in support thereof, and good cause appearing – namely, that lead trial counsel has a conflicting trial in Seattle, WA on the same day, Parsons Corporation's lead trial counsel is excused from personally attending the May 16, 2014 Case Management Conference.  Melissa M. Corica  may attend the Case Management Conference on behalf of Parsons Corporation and Mr. Wah shall participate by telephone.

IT IS SO ORDERED

Dated:  May 8, 2014



_____
Honorable Charles R. Breyer
Judge of the United States District Court for the Northern District of California

IT IS SO ORDERED AS MODIFIED