1  Theodore T. Cordery, Esq. (Bar No. 114730)
   Email: tcordery@itkc.com
2  Michael J. Boland, Esq. (Bar No. 98343)
   Email: mboland@itkc.com
3  Stephen E. Carlson, Esq. (Bar No. 104279)
   Email: scarlson@itkc.com
4  IMAI, TADLOCK, KEENEY & CORDERY, LLP
   100 BUSH STREET, SUITE 1300
5  SAN FRANCISCO, CA  94104
   Telephone:    (415) 675-7000
6  Facsimile:    (415) 675-7008

7  Attorneys for Intervenors
   HARTFORD FIRE INSURANCE COMPANY,
8  WEST AMERICAN INSURANCE COMPANY,
   SAFECO INSURANCE COMPANY OF AMERICA,
9  TRAVELERS INDEMNITY CO., and
   ZURICH AMERICAN INSURANCE COMPANY,
10 Successor in Interest to Zurich Insurance Company, US Branch
   (collectively on behalf of their insured RICH-TEX, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CHARLES P. LOCKETTT and DORI LOCKETT, | CASE NO.: 3:14-cv-00379-CRB |
|---|---|
| Plaintiffs, | Assigned to: Hon. Charles R. Breyer |
| v. | ORDER DENYING INTERVENORS' APPLICATION FOR ORDER EXCUSING LEAD TRIAL COUNSEL FROM PERSONALLY ATTENDING INITIAL CASE MANAGEMENT CONFERENCE |
| A.O. SMITH CORPORATION, et al., | |
| Defendants. | |
| | Complaint Filed: July 9, 2013 |
| | Trial Date: None Set |

Having reviewed the Application by Intervenors HARTFORD FIRE INSURANCE COMPANY, WEST AMERICAN INSURANCE COMPANY, SAFECO INSURANCE COMPANY OF AMERICA, TRAVELERS INDEMNITY CO., and ZURICH AMERICAN INSURANCE COMPANY, Successor in Interest to Zurich Insurance Company, US Branch (collectively, "Intervenors") ~~for an order excusing its lead trial counsel, Michael J. Boland, from~~

-1-
ORDER GRANTING INTERVENORS' APPLICATION FOR ORDER EXCUSING LEAD TRIAL COUNSEL
FROM PERSONALLY ATTENDING INITIAL CASE MANAGEMENT CONFERENCE

1  ~~personal attendance at the Initial Case Management Conference scheduled for May 16, 2014,~~
2  ~~including the Declaration of Michael J. Boland filed in support thereof, and good cause~~
3  ~~appearing—namely that lead trial counsel has a conflicting trial in the California Superior Court,~~
4  ~~City and County of San Francisco, lead trial counsel is excused from personally attending the~~
5  ~~May 16, 2014 Case Management Conference. Stephen E. Carlson may attend the Case~~
6  ~~Management Conference on behalf of Intervenors~~.

**IT IS SO ORDERED.**

Dated: May 8, 2014



_____
Judge
United
Northe

*Judge Charles R. Breyer* (signature)
**DENIED**

-2-
ORDER GRANTING INTERVENORS' APPLICATION FOR ORDER EXCUSING LEAD TRIAL COUNSEL
FROM PERSONALLY ATTENDING INITIAL CASE MANAGEMENT CONFERENCE