Ethan A. Horn          CA Bar No. 190296
E. Page Allinson       CA Bar No. 287040
**NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP**
111 Corporate Drive
Ladera Ranch, CA 92694
Telephone: 949-234-6032
Facsimile: 949-429-0892

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. LOCKETT and DORI LOCKETT,<br><br>            Plaintiffs,<br><br>vs.<br><br>A.O SMITH CORPORATION, et al.,<br><br>            Defendant. | Case No.  3:14-cv-00379-CRB<br><br>**ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT SHELL OIL COMPANY**<br><br>Judge: Honorable Charles R. Breyer<br>Courtroom: 6 |

**ORDER**

Having reviewed the Joint Motion to Dismiss all claims of Plaintiffs against Defendant SHELL

OIL COMPANY with prejudice, the Court orders as follows:

      1.      The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendant Shell Oil

Company are hereby dismissed with prejudice;

      2.      The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated:  May 9, 2014

Hon. Charles R. B
North



IT IS SO ORDERED

Judge Charles R. Breyer