AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

Charles Lockett, et al.
                    Plaintiff (s),
          V.
A.O. Smith Corporation, et al.
                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:14-cv-00379-CRB

Notice is hereby given that, subject to approval by the court, **Allied Insulation Supply Co., Inc.** substitutes
(Party (s) Name)

**Molly A. Friend**, State Bar No. **289677** as counsel of record in
(Name of New Attorney)

place of **Molly A. Friend**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

  Firm Name:        Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
  Address:          525 Market Street, 17th Floor, San Francisco, CA 94105
  Telephone:        (415) 433-0990            Facsimile   (415) 434-1370
  E-Mail (Optional): Molly.Friend@wilsonelser.com

I consent to the above substitution.
Date:   5/1/14
                                            *Jeffrey S. Morgan for Allied Insulation Supply Co., Inc.*
                                            (Signature of Party (s))

I consent to being substituted.
Date:   5/5/14
                                            *Molly A. Friend*
                                            (Signature of Former Attorney (s))

I consent to the above substitution.
Date:   5/5/14
                                            (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   May 9, 2014

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]