UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOCKETT AND DORI LOCKETT,<br><br>　　　　　Plaintiffs,<br>vs.<br>A.O. SMITH CORPORATION; et al.<br><br>　　　　　Defendants. | Case No. 3:14-cv-00379-CRB<br><br>_____<br><br>**ORDER TO DISMISS DEFENDANT FORD MOTOR COMPANY** |

　　PURSUANT TO STIPULATION, **IT IS SO ORDERED** THAT FORD MOTOR COMPANY IS DISMISSED FROM THE ABOVE-ENTITLED ACTION WITH PREJUDICE.

　　Given the dismissal of FORD MOTOR COMPANY from this action, its cross-claim for contribution is moot and therefore dismissed as to all parties.

　　PARTIES TO BEAR THEIR OWN COSTS.

Dated: May 19, 2014　　　　　_____
　　　　　　　　　　　　　　　THE HONORABLE
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　U.S. District Court
　　　　　　　　　　　　　　　Northern District of California

*[Stamp: IT IS SO ORDERED, Judge Charles R. Breyer]*