HASSARD BONNINGTON LLP
Robert L. Nelder, Esq. (#125426) rln@hassard.com
Barry N. Endick, Esq. (#142097) bne@hassard.com
Two Embarcadero Center, Suite 1800
San Francisco, California 94111-3941
Telephone: (415) 288-9800
Fax: (415) 288-9802

Attorneys for Defendant
JOHN CRANE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES P. LOCKETT AND DORI LOCKETT,<br><br>Plaintiffs,<br><br>vs.<br><br>A.O. SMITH CORPORATION; et al.,<br><br>Defendants. | No. 3:14-cv-00379-CRB<br><br>**JOINT STIPULATION FOR DISMISSAL AS TO DEFENDANT JOHN CRANE INC.; AND ORDER**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom 6 |

  Plaintiffs CHARLES P. LOCKETT and DORI LOCKETT ("plaintiffs") and defendant JOHN CRANE INC. ("JCI"), by and through their respective counsel of record, respectfully submit this Joint Stipulation for Dismissal, as to the entire action against JOHN CRANE INC., pursuant to Fed. R. Civ. P. 41 (a)(2).

  JCI and Plaintiffs agree to waive their rights to any recoverable costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

  This Joint Stipulation disposes of the entire action and all claims

-1-

between Plaintiffs and JCI.

Dated: May ___, 2014.                NAPOLI BERN RIPKA SHKOLNIK, LLP


By: _____
    Ron Archer

Attorney for Plaintiffs
CHARLES P. LOCKETT and
DORI LOCKETT


Dated: May ___, 2014.                HASSARD BONNINGTON LLP


By: _____
    Barry N. Endick

Attorneys for Defendant
JOHN CRANE INC.

## ORDER

Having reviewed the Joint Stipulation set forth above, the Court hereby orders that the entire action and all claims between plaintiffs CHARLES P. LOCKETT and DORI LOCKETT, and defendant JOHN CRANE INC. are hereby dismissed without prejudice. The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: May 27, 2014.        _____
    Hon. _____
    United States District Judge for the
    Northern District of California

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

JOINT STIPULATION FOR DISMISSAL AS TO DEFENDANT JOHN CRANE INC.; AND [PROPOSED] ORDER
C:\Users\ESPINO~1\AppData\Local\Temp\notes1A03DD\Joint Stipulation for Dismissal (00875974).DOCX-52814