UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOCKETT and DORI LOCKET<br><br>Plaintiffs,<br><br>v.<br><br>A.O. SMITH CORPORATION, *et al.,*<br><br>Defendants. | Case No.: 3:14-cv-00379-RS<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT KAISER GYPSUM COMPANY, INC. AND ORDER** |

    IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that all claims which were asserted, or which could have been asserted, by Plaintiffs CHARLES LOCKETT and DORI LOCKET against Defendant KAISER GYPSUM COMPANY, INC. are hereby dismissed without prejudice pursuant to Fed. Civ. Proc. 41(a)(2). Plaintiffs and Defendant further agree to waive their rights to any recoverable costs.  This stipulation disposes of the entire action and all claims between Plaintiffs and Defendant.

DATED:  June  4, 2014                          DEHAY & ELLISTON LLP

                                        By:  ___/s/ *Amber R. Craig*_____
                                               JENNIFER JUDIN (SBN 256973)
                                             jjudin@dehay.com
                                             AMBER R. CRAIG (SBN 268421)
                                             acraig@dehay.com
                                             DEHAY & ELLISTON LLP
                                             1111 Broadway, Suite 1950
                                             Oakland, CA  94607
                                             Telephone:  (510) 285-0750
                                             Facsimile:  (510) 285-0740
                                             Attorneys for Defendants
                                             KAISER GYPSUM COMPANY, INC.

DATED:  June  3  , 2014                    NAPOLI BERN RIPKA
                                           SHKOLNIK & ASSOCIATES, LLP


                                    By:    /s/ Matthew Juhren
                                           ETHAN HORN
                                           MATTHEW JUHREN
                                           NAPOLI BERN RIPKA
                                           SHKOLNIK & ASSOCIATES, LLP
                                           111 Corporate Drive, Suite 225
                                           Ladera Ranch, CA  92694
                                           T:  (949) 234-6032
                                           F:  (949) 429-0892
                                           Attorneys for Plaintiffs


## ORDER

Pursuant to stipulation between Plaintiffs CHARLES LOCKETT and DORI LOCKET and Defendant KAISER GYPSUM COMPANY, INC., it is ordered that all of Plaintiffs' claims against Defendant are hereby dismissed without prejudice.  Each party is to bear its own costs.

IT IS SO ORDERED.

Dated:   June 5, 2014

                                    By: _____
                                        Judge of the United States District Court
                                        for the Northern District of California

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Stamp: IT IS SO ORDERED, Judge Charles R. Breyer]

---