1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES P. LOCKETT AND DORI LOCKETT,<br><br>          Plaintiffs,<br><br>     vs.<br><br>A.O. SMITH CORPORATION, et al.,<br><br>          Defendants. | Case No. 3:14-cv-00379-CRB<br><br>[Transferred from Alameda County Superior Court Case No. RG13686746] |

**STIPULATION AND ORDER TO DISMISS**

**FERRO ENGINEERING DIVISION OF ON MARINE SERVICES COMPANY,**

**A DELAWARE CORPORATION**

Douglas G. Wah, Esq., SBN 64692
dwah@foleymansfield.com
Robert M. Menchini, Esq., SBN 133734
rmenchini@foleymansfield.com
George S. Sullivan, Esq., SBN 187793
jsullivan@foleymansfield.com
**FOLEY & MANSFIELD, PLLP**
300 Lakeside Drive, Suite 1900
Oakland, CA  94612
Telephone:  (510) 590-9500
Facsimile:    (510) 590-9595

Attorneys for Defendant
**FERRO ENGINEERING DIVISION OF
ON MARINE SERVICES COMPANY,
A DELAWARE CORPORATION**

---

STIPULATION AND [PROPOSED] ORDER TO DISMISS FERRO ENGINEERING
DIVISION OF ON MARINE SERVICES COMPANY, A DELAWARE CORPORATION

## **STIPULATION**

COMES NOW Plaintiffs CHARLES P. LOCKETT and DORI LOCKETT and defendant FERRO ENGINEERING DIVISION OF ON MARINE SERVICES COMPANY, A DELAWARE CORPORATION ("FERRO ENGINEERING") who file the following joint stipulation:

WHEREAS, Plaintiffs have agreed to dismiss FERRO ENGINEERING from this action:

IT IS HEREBY STIPULATED by Plaintiffs and FERRO ENGINEERING that all claims against FERRO ENGINEERING shall be, and hereby are, dismissed with prejudice pursuant to Rule 41 of the Federal Rule of Civil Procedure.

| | |
|---|---|
| **NAPOLI, BERN, RIPKA, SHKOLNIK & ASSOCIATES, LLP** | **FOLEY & MANSFIELD, PLLP** |
| _____, Esq.<br>California State Bar No. _____<br>111 Corporate Drive, Suite 225<br>Ladera Ranch, CA 92694<br>Telephone: (949) 234-6032<br>Facsimile: (949) 429-0892 | Robert M. Menchini, Esq.<br>California State Bar No. 133734<br>300 Lakeside Drive, Suite 1900<br>Oakland, CA 94612<br>Telephone: (510) 590-9500<br>Facsimile: (510) 590-9595 |
| *Attorneys for Plaintiffs* | *Attorneys for FERRO ENGINEERING Division Of ON Marine Services Company, A Delaware Corporation* |
| Dated: _____ | Dated: _____ |

**ORDER**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Court has considered the Stipulation submitted by Plaintiffs and FERRO ENGINEERING DIVISION OF ON MARINE SERVICES COMPANY, A DELAWARE CORPORATION, jointly requesting an Order dismissing with prejudice Plaintiffs' action against FERRO ENGINEERING.

GOOD CAUSE APPEARING, it is hereby ORDERED that:

1. The Stipulation of these parties is approved.

2. Plaintiffs' action against FERRO ENGINEERING DIVISION OF ON MARINE SERVICES COMPANY, A DELAWARE CORPORATION is hereby dismissed with prejudice.

Dated: June 12, 2014

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer