1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3  SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES P. LOCKETT AND DORI LOCKETT,<br><br>         Plaintiffs,<br><br>    vs.<br><br>A.O. SMITH CORPORATION, et al.,<br><br>         Defendants. | Case No. 3:14-cv-00379-CRB<br><br>[Transferred from Alameda County Superior Court Case No. RG13686746] |

**STIPULATION AND ORDER TO DISMISS**

**BURNHAM LLC fka BURNHAM CORPORATION**

Douglas G. Wah, Esq., SBN 64692
dwah@foleymansfield.com
Robert M. Menchini, Esq., SBN 133734
rmenchini@foleymansfield.com
George S. Sullivan, Esq., SBN 187793
jsullivan@foleymansfield.com
**FOLEY & MANSFIELD, PLLP**
300 Lakeside Drive, Suite 1900
Oakland, CA  94612
Telephone:  (510) 590-9500
Facsimile:    (510) 590-9595

Attorneys for Defendant
**BURNHAM LLC fka BURNHAM CORPORATION**

---

STIPULATION AND [PROPOSED] ORDER TO DISMISS BURNHAM LLC fka BURNHAM CORPORATION

**STIPULATION**

COMES NOW Plaintiffs CHARLES P. LOCKETT and DORI LOCKETT and Defendant BURNHAM LLC fka BURNHAM CORPORATION ("BURNHAM") who file the following joint stipulation:

WHEREAS, Plaintiffs have agreed to dismiss BURNHAM from this action:

IT IS HEREBY STIPULATED by Plaintiffs and BURNHAM that all claims against BURNHAM LLC fka BURNHAM CORPORATION shall be, and hereby are, dismissed with prejudice pursuant to Rule 41 of the Federal Rule of Civil Procedure.

| | |
|---|---|
| **NAPOLI, BERN, RIPKA, SHKOLNIK & ASSOCIATES, LLP** | **FOLEY & MANSFIELD, PLLP** |
| _____, Esq.<br>California State Bar No. _____<br>111 Corporate Drive, Suite 225<br>Ladera Ranch, CA 92694<br>Telephone: (949) 234-6032<br>Facsimile: (949) 429-0892 | George S. Sullivan, Esq.<br>California State Bar No. 187793<br>300 Lakeside Drive, Suite 1900<br>Oakland, CA 94612<br>Telephone: (510) 590-9500<br>Facsimile: (510) 590-9595 |
| *Attorneys for Plaintiffs* | *Attorneys for Burnham LLC fka Burnham Corporation* |
| Dated: _____ | Dated: _____ |

**ORDER**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Court has considered the Stipulation submitted by Plaintiffs and BURNHAM LLC fka BURNHAM CORPORATION, jointly requesting an Order dismissing with prejudice Plaintiffs' action against BURNHAM LLC.

GOOD CAUSE APPEARING, it is hereby ORDERED that:

1. The Stipulation of these parties is approved.

2. Plaintiffs' action against BURNHAM LLC fka BURNHAM CORPORATION is hereby dismissed with prejudice.

Dated:  June 12, 2014



HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE