**ARMSTRONG & ASSOCIATES, LLP**
William H. Armstrong, SBN 40650
Jennifer D. Fitzpatrick, SBN 198335
One Kaiser Plaza, Suite 625
Oakland, California  94612
Telephone:  (510) 433-1830
Facsimile:  (510) 433-1836
E-mail:  bill.armstrong@armstrongetal.com
E-mail:  jennifer.fitzpatrick@armstrongetal.com

Attorneys for Defendant
Elementis Chemicals Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOCKETT AND DORI LOCKETT,<br><br>Plaintiffs,<br><br>vs.<br><br>A.O. SMITH CORPORATION; et al.<br><br>Defendants. | Case No:  3:14-cv-00379-CRB<br><br>**ORDER GRANTING DISMISSAL AS TO DEFENDANT <u>ELEMENTIS CHEMICALS INC.</u>**<br><br>Judge:         Hon. Charles R. Breyer<br>Courtroom:  6 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Court has considered the Stipulation submitted by Plaintiffs and ELEMENTIS CHEMICALS INC. jointly requesting an Order dismissing with prejudice Plaintiffs' action against ELEMENTIS CHEMICALS INC.

GOOD CAUSE APPEARING, it is hereby ORDERED that:

1. The stipulation of these parties is approved; and
2. Plaintiffs' action against ELEMENTIS CHEMICALS INC. is hereby dismissed with prejudice.

Dated:  June 12, 2014

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*