1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

11

CHARLES P. LOCKETT and
DORI LOCKETT,

12

13

Plaintiffs,

14

v.

15

A.O. SMITH CORPORATION, et al.,

16

Defendants.

17

18

19

20

21

22

23

24

Case No. 3:14-cv-00379-CRB

**ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT FOSECO INC.**

Judge: Honorable Charles R. Breyer

25

26

27

28

ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT FOSECO INC.

3:14-cv-00379-RS

1

## ORDER

2          Having reviewed the Joint Motion to Dismiss all claims of Plaintiffs against Defendant

3   FOSECO INC. without prejudice, the Court orders as follows:

4          1.     The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendant

5   FOSECO INC. are hereby dismissed without prejudice;

6          2.     The parties will bear their own fees and costs.

7          **IT IS SO ORDERED.**

8
Dated:  June 12, 2014

9                                        Hon

10                                       U.S.
                                         Northe



11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT FOSECO INC.
3:14-cv-00379-RS