Todd N. Wade (SBN 268748)
Mark J. Hilliard (SBN 249781)
HAWKINS PARNELL THACKSTON & YOUNG LLP
345 California Street, Suite 2850
San Francisco, California 94104-2606
T 415.766.3200 | F 415.766.3250
Email: twade@hptylaw.com
         mhilliard@hptylaw.com

Attorneys for Defendant
KELLY-MOORE PAINT COMPANY, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. LOCKETT and DORI LOCKETT, | Case No. 3:14-cv-00379-CRB |
| Plaintiffs, | **STIPULATION OF PARTIES DISMISSING ALL OF PLAINTIFFS' CLAIMS AGAINST KELLY-MOORE PAINT COMPANY, INC.** |
| vs. | |
| A.O. SMITH CORPORATION, *et al.*, | Complaint Filed:   July 9, 2013 |
| Defendants. | Trial Date:        Not set |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION OF PARTIES DISMISSING ALL OF PLAINTIFFS' CLAIMS AGAINST KELLY-MOORE PAINT COMPANY, INC.

1   TO THE COURT AND ALL PARTIES OF RECORD AND THEIR ATTORNEYS:

2   PLEASE TAKE NOTICE that Plaintiffs Charles Lockett and Dori Lockett and Defendant

3   Kelly-Moore Paint Company, Inc., through their respective and duly authorized counsel, hereby

4   agree and stipulate to the dismissal, without prejudice and without fees or costs, of all claims which

5   were asserted or which could have been asserted, by Plaintiffs against Defendant Kelly-Moore Paint

6   Company, Inc. in the above-captioned action, under the authority of Federal Rule of Civil Procedure

7   41.

8

9   Dated: June 6, 2014                     NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES LLP

10

11                                          By: _____

12                                              Matthew P. Juhren
                                                SBN 292429
13                                              NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES LLP
                                                111 Corporate Drive
14                                              Ladera Ranch, CA 92694
                                                Telephone: (949) 234-6032
15                                              Facsimile: (949) 429-0892
                                                Attorney for Plaintiffs

16

17                                          HAWKINS PARNELL THACKSTON & YOUNG LLP

18

19   Dated: June 4, 2014                    By: _____
20                                              Mark J. Hilliard
                                                SBN 249781
21                                              HAWKINS PARNELL THACKSTON & YOUNG LLP
                                                345 California Street, Suite 2850
22                                              San Francisco, CA 94104
                                                Telephone: (415) 766-3200
23                                              Facsimile: (415) 766-3250
                                                Attorneys for Defendant
24                                              KELLY-MOORE PAINT COMPANY, INC.

25

26

27   IT IS SO ORDERED
     Judge Charles R. Breyer                     Signed: June 12, 2014

28
     _____
                                          2
     STIPULATION OF PARTIAL DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST KELLY-MOORE PAINT
                                   COMPANY, INC.