Ethan A. Horn          CA Bar No. 190296
Ron G. Archer         CA Bar No. 189429
Matthew P. Juhren      CA Bar No. 292429
**NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP**
111 Corporate Drive
Ladera Ranch, CA 92694
Telephone: 949-234-6032
Facsimile: 949-429-0892

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. LOCKETT and DORI LOCKETT,<br><br>                Plaintiffs,<br><br>vs.<br><br>A.O SMITH CORPORATION, et al.,<br><br>                Defendant. | Case No.  3:14-cv-00379-CRB<br><br>**ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT FOSTER WHEELER ENERGY CORPORATION**<br><br>Judge: Honorable Charles R. Breyer |

ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT FOSTER WHEELER ENERGY CORPORATION - 1

3:14-CV-00379-CRB

1

2 <u>**ORDER**</u>

3    Having reviewed the Motion to Dismiss all claims of Plaintiffs against Defendant FOSTER

4 WHEELER ENERGY CORPORATION with prejudice, the Court orders as follows:

5    1.    The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendant Foster

6 Wheeler Energy Corporation are hereby dismissed with prejudice;

7    2.    The parties will bear their own fees and costs.

8    **IT IS SO ORDERED.**

9

10 Dated:  June 12, 2014

11                    Hon.
                     U.S. Di
12                    Northern



13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT FOSTER WHEELER ENERGY
CORPORATION - 2