Ethan A. Horn          CA Bar No. 190296
Ron G. Archer          CA Bar No. 189429
Matthew P. Juhren      CA Bar No. 292429
**NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP**
111 Corporate Drive
Ladera Ranch, CA 92694
Telephone: 949-234-6032
Facsimile: 949-429-0892

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. LOCKETT and DORI LOCKETT,<br><br>Plaintiffs,<br><br>vs.<br><br>A.O SMITH CORPORATION, et al.,<br><br>Defendant. | Case No. 3:14-cv-00379-CRB<br><br>**JOINT STIPULATION FOR DISMISSAL AS TO DEFENDANT PRIMESOURCE BUILDING PRODUCTS, INC.**<br><br>Judge: Honorable Charles R. Breyer |

Plaintiffs CHARLES LOCKETT and DORI LOCKETT ("Plaintiffs") and Defendant PRIMESOURCE BUILDING PRODUCTS, INC. ("Primesource Building Products"), by and through their counsel of record, respectfully submit this Joint Stipulation for Dismissal of Action Without Prejudice, as to the entire action against Primesource Building Products, pursuant to Def. R. Civ. P. 41(a)(2).

Primesource Building Products and Plaintiffs agree to waive their rights to any recoverable costs.

///

JOINT STIPULATION FOR DISMISSAL AS TO DEFENDANT PRIMESOURCE BUILDING PRODUCTS, INC.- 1
3:14-CV-00379-CRB

This Joint Stipulation disposes of the entire action and all claims between Plaintiffs and Primesource Building Products.

DATED: June 6, 2014         NAPOLI BERN RIPKA SHKOLNIK, LLP

By: _____
Matthew P. Juhren
Attorney for Plaintiffs

DATED: June 6, 2014         PRIMESOURCE BUILDING PRODUCTS, INC.

By: _____
Pamela E. Stevens
Attorney for Defendant

IT IS SO ORDERED
Judge Charles R. Breyer
June 12, 2014