| | |
|---|---|
| Ethan A. Horn | CA Bar No. 190296 |
| Ron G. Archer | CA Bar No. 189429 |
| Matthew P. Juhren | CA Bar No. 292429 |

**NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP**
111 Corporate Drive
Ladera Ranch, CA 92694
Telephone: 949-234-6032
Facsimile: 949-429-0892

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. LOCKETT and DORI LOCKETT,<br><br>         Plaintiffs,<br><br>vs.<br><br>A.O SMITH CORPORATION, et al.,<br><br>         Defendant. | Case No.  3:14-cv-00379-CRB<br><br>**ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT MELRATH GASKET, INC.**<br><br>Judge: Honorable Charles R. Breyer |

1 **ORDER**

2 Having reviewed the Motion to Dismiss all claims of Plaintiffs against Defendant MELRATH

3 GASKET, INC. without prejudice, the Court orders as follows:

4 1. The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendant

5 Melrath Gasket, Inc. are hereby dismissed without prejudice;

6 2. The parties will bear their own fees and costs.

7 **IT IS SO ORDERED.**

9 Dated: June 12, 2014



Hon. Charles R. Breyer
U.S. District Judge
Northern District of California

ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT MELRATH GASKET, INC. - 2
3:14-CV-00379-CRB