1   LISA L. OBERG (SBN 120139)
    loberg@mckennalong.com
2   ARLENE C. BARTON (SBN 188445)
    abarton@mckennalong.com
3   ALECIA E. COTTON (SBN 252777)
    acotton@mckennalong.com
4   McKENNA LONG & ALDRIDGE LLP
    One Market Plaza
5   Spear Tower, 24th Floor
    San Francisco, California 94105
6   *Telephone:*      (415) 267-4000
    *Facsimile:*      (415) 267-4198
7
    Attorneys for Defendant
8   CERTAINTEED CORPORATION

9                    UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13   CHARLES P. LOCKETT and              CASE No. 3:14-cv-00379-CRB
     DORI LOCKETT,
14                                       [PROPOSED] ORDER GRANTING DISMISSAL
                Plaintiffs,              OF ACTION WITHOUT PREJUDICE, AS TO
15                                       THE ENTIRE CASE AGAINST CERTAINTEED
         v.                              CORPORATION
16
     A.O. SMITH CORPORATION, *et al.*,   JUDGE:   Honorable Charles R. Breyer
17
                Defendants.
18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to the stipulation of the parties, it is hereby ordered that the above-

2    referenced action is dismissed without prejudice as to Defendant CertainTeed

3    Corporation.  Each party to bear their own fees, costs and expenses.

4

5

6

7    Dated: June 16, 2014

8    HONORABLE CHARLES R. BREYER

     Judge, United States District Court

9    Northern District of California

10

11

     APPROVED AS TO FORM:

12

13

     _____

14   NAPOLI BERN RIPKA SHKOLNIK &
     ASSOCIATES LLP

15

     *Attorneys for Plaintiffs*

16   CHARLES P. LOCKETT *and* DORI LOCKETT

17

18

19

20

21

22

23

24

25

26

27

28

IT IS SO ORDERED

Judge Charles R. Breyer