1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. LOCKETT and DORI LOCKETT, <br><br>Plaintiffs, <br><br>v. <br><br>A.O. SMITH CORPORATION, et al., <br><br>Defendants. | Case No. 3:14-cv-00379-CRB <br><br>**ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT RICH-TEX, INC.** <br><br>Judge: Honorable Charles R. Breyer |

# ORDER

Having reviewed the Joint Motion to Dismiss all claims of Plaintiffs against Defendant RICH-TEX, INC. without prejudice, the Court orders as follows:

1. The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendant RICH-TEX, INC. are hereby dismissed without prejudice;

2. The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: June 16, 2014

_____
Hon. Charles R. Breyer
U.S. District Judge

