1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. LOCKETT and DORI LOCKETT,<br><br>Plaintiffs,<br><br>v.<br><br>A.O. SMITH CORPORATION, et al.,<br><br>Defendants. | Case No. 3:14-cv-00379-CRB<br><br>**ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT SCOTT COMPANY OF CALIFORNIA**<br><br>Judge: Honorable Charles R. Breyer |

**ORDER**

Having reviewed the Joint Motion to Dismiss all claims of Plaintiffs against Defendant SCOTT COMPANY OF CALIFORNIA without prejudice, the Court orders as follows:

1. The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendant SCOTT COMPANY OF CALIFORNIA are hereby dismissed without prejudice;

2. The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: June 24, 2014

