Douglas G. Wah      SBN 64692
Robert V. Betette   SBN 136337
Melissa M. Corica   SBN 260905
**FOLEY & MANSFIELD, PLLP**
300 Lakeside Drive, Suite 1900
Oakland, CA  94612
Telephone:  (510) 590-9500
Facsimile:   (510) 590-9595
Email:  mcorica@foleymansfield.com

Attorneys for Defendant
**PARSONS CORPORATION**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| CHARLES P. LOCKETT AND DORI LOCKETT,<br><br>           Plaintiffs,<br><br>    vs.<br><br>A.O. SMITH CORPORATION, et al.,<br><br>           Defendants. | Case No:  3:14-cv-00379-CRB<br><br>*[Assigned to Hon. Charles R. Breyer]*<br><br>**ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT PARSONS CORPORATION** |

### ORDER

Having reviewed the Joint Stipulation to Dismiss all claims of Plaintiffs against Defendant PARSONS CORPORATION, without prejudice, the Court orders as follows:

1. The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendant PARSONS CORPORATION are hereby dismissed without prejudice;

2. The parties will bear their own fees and costs.

   **IT IS SO ORDERED.**

Dated:  June 26, 2014                          _____
                                               Hon. Charles R. Breyer
                                               U.S. District Judge
                                               Northern District of California

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

---
ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT PARSONS CORPORATION