UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. LOCKETT AND DORI LOCKETT,<br><br>*Plaintiff,*<br><br>vs.<br><br>A.O. SMITH CORPORATION, et al.<br><br>*Defendants.* | CASE NO. 3:14-CV-00379-NC<br><br>(Superior Court of the State of California for the County of Alameda – Case No. RG13686746)<br><br>**ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT JOHN K. BICE CO., INC., ERRONEOUSLY SUED AS JOHN K. BICE, INC.**<br><br>Judge: Honorable Charles R. Breyer |

Becherer
Kannett &
Schweitzer

1255 Powell Street
Emeryville, CA 94608
T: 510-658-3600
F: 510-658-1151

# ORDER

Having reviewed the Joint Stipulation For Dismissal of all claims of Plaintiffs against Defendant JOHN K. BICE CO., INC. erroneously sued as JOHN K. BICE, INC.. without prejudice, the Court orders as follows:

1. The claims by Plaintiffs Charles Lockett and Dori Lockett against JOHN K. BICE CO., INC. erroneously sued as JOHN K. BICE, INC., are hereby dismissed without prejudice;

2. The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: __June 26, 2014__



Hon. Ch[arles R. Breyer]
U.S. Dist[rict Judge]
Northern District of California

2

ORDER DISMISSING CLAIMS AGAINST DEFENDANT JOHN K. BICE CO., INC.

Becherer Kannett & Schweitzer

1255 Powell St.
Emeryville, CA 94608
510-658-3600