UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. LOCKETT and<br>DORI LOCKETT,<br><br>             Plaintiffs,<br><br>v.<br><br>A.O. SMITH CORPORATION, et al.,<br><br>             Defendants. | Case No. 3:14-cv-00379-CRB<br><br>**ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT BECHTEL CORPORATION**<br><br>Judge: Honorable Charles R. Breyer |

**ORDER**

Having reviewed the Joint Motion to Dismiss all claims of Plaintiffs against Defendant BECHTEL CORPORATION without prejudice, the Court orders as follows:

1. The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendant BECHTEL CORPORATION are hereby dismissed without prejudice;

2. The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: July 7, 2014

_____
Hon. Charles R. Breyer
U.S. District Court
Northern District of California

