1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| CHARLES P. LOCKETT and DORI LOCKETT,<br><br>Plaintiffs,<br><br>v.<br><br>A.O. SMITH CORPORATION, et al.,<br><br>Defendants. | Case No. 3:14-cv-00379-CRB<br><br>**ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MORRISON-KNUDSEN, INC.**<br><br>Judge: Honorable Charles R. Breyer |
|---|---|

1

**ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MORRISON-KNUDSEN, INC.
3:14-cv-00379-CRB**

# ORDER

Having reviewed the Joint Motion to Dismiss all claims of Plaintiffs against Defendant WASHINGTON GROUP INTERNATIONAL, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MORRISON-KNUDSEN, INC. without prejudice, the Court orders as follows:

1. The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendant WASHINGTON GROUP INTERNATIONAL, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MORRISON-KNUDSEN, INC. are hereby dismissed without prejudice;

2. The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: July 25, 2014

Hon. Charles R. Breyer
U.S. District C
Nort



**ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MORRISON-KNUDSEN, INC.**
**3:14-cv-00379-CRB**