LISA L. OBERG (SBN 120139)
loberg@mckennalong.com
ARLENE C. BARTON (SBN 188445)
abarton@mckennalong.com
ALECIA E. COTTON (SBN 252777)
acotton@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, California 94105
*Telephone:* (415) 267-4000
*Facsimile:* (415) 267-4198

Attorneys for Defendant
METALCLAD INSULATION CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES P. LOCKETT and DORI LOCKETT,<br><br>  Plaintiffs,<br><br>  v.<br><br>A.O. SMITH CORPORATION, *et al.*,<br><br>  Defendants. | CASE NO. 3:14-cv-00379-CRB<br><br>[~~PROPOSED~~] ORDER GRANTING DISMISSAL OF ACTION WITHOUT PREJUDICE, AS TO THE ENTIRE CASE AGAINST METALCLAD INSULATION CORPORATION, PURSUANT TO DEF. R. CIV. P. 41(a)(2)<br><br>JUDGE:  Honorable Charles R. Breyer |

MCKENNA LONG & ALDRIDGE LLP
SAN FRANCISCO

[Proposed] Order Granting Dismissal Of Action Without Prejudice, As To The Entire Case Against Metalclad Insulation Corporation, Pursuant to Def. R. Civ. P. 41(a)(2)

1   Pursuant to the stipulation of the parties, it is hereby ordered that the above-referenced
2   action is dismissed without prejudice as to Defendant Metalclad Insulation Corporation. Each
3   party to bear their own fees, costs and expenses.

6   Dated: Aug. 8, 2014

HONORABLE ⸺
Judge of ⸺ Court
Northern ⸺

IT IS SO ORDERED
Judge Charles R. Breyer

APPROVED AS TO FORM:

NAPOLI BERN RIPKA SHKOLNIK &
ASSOCIATES LLP

*Attorneys for Plaintiffs*
CHARLES P. LOCKETT *and* DORI LOCKETT

MCKENNA LONG &
ALDRIDGE LLP
SAN FRANCISCO

2

[Proposed] Order Granting Dismissal Of Action Without Prejudice, As To The Entire Case Against Metalclad Insulation Corporation, Pursuant to Def. R. Civ. P. 41(a)(2)