PETER K. RENSTROM, State Bar No. 148459
prenstrom@jjrlaw.com
JOHN M. MARSTON, State Bar No. 240804
jmarston@jjrlaw.com
JACKSON JENKINS RENSTROM LLP
55 Francisco Street, Suite 410
San Francisco, CA  94133
Tel:   415.982.3600
Fax:  415.982.3700

Attorneys for Defendant
DAP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES P. LOCKETT and DORI LOCKETT,<br><br>Plaintiffs,<br><br>v.<br><br>A. O. SMITH CORPORATION, et al.,<br><br>Defendants. | Case No. 3:14-CV-00379-CRB<br><br>**ORDER GRANTING DISMISSAL OF ACTION WITHOUT PREJUDICE, AS TO THE ENTIRE CASE AGAINST DEFENDANT DAP, INC.**<br><br>**Judge: Charles R. Breyer** |

# **ORDER**

Pursuant to the stipulation of the parties, it is hereby ordered that the above-referenced action is dismissed without prejudice, as to the entire action against Defendant DAP, Inc., pursuant to Fed. R. Civ. P. 41(a)(2).  Each party to bear their own fees, costs and expenses.

IT IS SO ORDERED.

Dated:  August 18, 2014

Honorable _____
Judge, United States District Court
Northern District of California



JACKSON JENKINS
RENSTROM, LLP
SAN FRANCISCO

2142519

2

[PROP] ORDER GRANTING
DISMISSAL OF DAP, INC.