1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| CHARLES P. LOCKETT and DORI LOCKETT, | Case No. 3:14-cv-00379-CRB |
|---|---|
| Plaintiffs, | **ORDER DISMISSING WITH PREJUDICE ALL CLAIMS AGAINST DEFENDANT WASHINGTON GROUP INTERNATIONAL, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MORRISON-KNUDSEN, INC.** |
| vs. | |
| A.O. SMITH CORPORATION, et al., | |
| Defendants. | Judge: Honorable Charles R. Breyer |

**ORDER**

Having reviewed the Joint Motion to Dismiss all claims against Defendant WASHINGTON GROUP INTERNATIONAL, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MORRISON KNUDSEN, INC. with prejudice, the Court orders as follows:

1. The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendant WASHINGTON GROUP INTERNATIONAL, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MORRISON KNUDSEN, INC. are hereby dismissed with prejudice:

2. The parties will bear their own fees and costs.

**IT IS SO ORDERED**

Dated: August 21, 2014

By: _____
Hon.
U.S.
Northe

