John R. Brydon [Bar No. 083365]
Brian H. Buddell [Bar No. 166103]
George A. Otstott [Bar No. 184671]
Warren A. Jackson [Bar No. 209483]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone:  (415) 808-0300
Facsimile:  (415) 808-0333
Email: service@bhplaw.com

Attorneys for Defendant
UNION CARBIDE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOCKETT and DORI LOCKETT,<br><br>Plaintiffs,<br><br>vs.<br><br>A.O. SMITH CORPORATION, et al.,<br><br>Defendants. | Case No.  3:14-cv-00379-CRB (JCS/JSC)<br><br>ORDER GRANTING DISMISSAL OF ACTION WITHOUT PREJUDICE, AS TO THE ENTIRE CASE AGAINST UNION CARBIDE CORPORATION, PURSUANT TO FED. R. CIV. P. 41(a)(2)<br><br>Judge: Honorable Charles R. Breyer |

Pursuant to the stipulation of the parties, it is hereby ordered that the above-referenced action is dismissed without prejudice as to Defendant Union Carbide Corporation.  Each party is to bear their own fees, costs and expenses.

Dated: Sept. 3, 2014

_____
Honorable Charles R. Breyer
Judge of the United States District Court
Northern District of California

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

BRYDON HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

[PROPOSED] ORDER GRANTING DISMISSAL OF ACTION WITHOUT PREJUDICE AS TO THE ENTIRE CASE AGAINST UNION CARBIDE CORPORATION PURSUANT TO FED. R.CIV.P. 41 (a)(2)