UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES P. LOCKETTT and DORI LOCKETT,<br><br>    Plaintiffs,<br>v.<br><br>A.O. SMITH CORPORATION, et al.,<br><br>    Defendants. | CASE NO.: 3:14-cv-00379-CRB<br><br>Assigned to: Hon. Charles R. Breyer<br><br>**ORDER DISMISSING ALL CLAIMS OF INTERVENORS COMPLAINT IN INTERVENTION AGAINST DEFENDANTS IN INTERVENTION AND PLAINTIFFS**<br><br>Complaint Filed: July 9, 2013<br>Trial Date: None Set |

### **ORDER**

Having reviewed the Joint Motion to Dismiss all claims of Intervenors HARTFORD FIRE INSURANCE COMPANY, WEST AMERICAN INSURANCE COMPANY, SAFECO INSURANCE COMPANY OF AMERICA, TRAVELERS INDEMNITY CO., and ZURICH AMERICAN INSURANCE COMPANY, Successor in Interest to Zurich Insurance Company, US Branch (collectively, "Intervenors"), Complaint in Intervention against Defendants in Intervention and Plaintiffs CHARLES P. LOCKETT and DORI LOCKETT ("Plaintiffs") without prejudice, the Court orders as follows:

1. The claims by Intervenors against Defendants in Intervention and Plaintiffs CHARLES P. LOCKETT and DORI LOCKETT are hereby dismissed without prejudice; and

2. The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: September 4, 2014



_____
Judge of the United States Court

**CERTIFICATE OF SERVICE**

Jill J. Hoffman hereby certifies that on August ____, 2014, a true and correct copy of the ORDER DISMISSING ALL CLAIMS OF INTERVENORS COMPLAINT IN INTERVENTION AGAINST DEFENDANTS IN INTERVENTION AND PLAINTIFFS has been served via ECF upon all counsel of record in this Court's electronic filing system.

Dated: August ____, 2014                    IMAI, TADLOCK, KEENEY & CORDERY, LLP


By: _____
Jill J. Hoffman
Attorneys for Intervenors
HARTFORD FIRE INSURANCE COMPANY, WEST AMERICAN INSURANCE COMPANY, SAFECO INSURANCE COMPANY OF AMERICA, TRAVELERS INDEMNITY CO., and ZURICH AMERICAN INSURANCE COMPANY, Successor in Interest to Zurich Insurance Company, US Branch (collectively on behalf of their insured RICH-TEX, INC.)

<u>Lockett, Charles P. and Dori v. A.O. Smith Corporation, et al.</u>
United States District Court, Northern District of California, San Francisco Division
Case No. 3:14-cv-00379-CRB

# CERTIFICATE OF SERVICE

I, Ryan D. Halog, hereby certify that on September 2, 2014, I have electronically filed and served a true and correct copy of the foregoing ORDER DISMISSING ALL CLAIMS OF INTERVENORS COMPLAINT IN INTERVENTION AGAINST DEFENDANTS IN INTERVENTION AND PLAINTIFFS to all counsel registered to receive a Notice of Electronic Filing via the United States District Court, Central District of California's CM/ECF filing website for this case.

Ryan D. Halog

<u>Lockett, Charles P. and Dori v. A.O. Smith Corporation, et al.</u>
United States District Court, Northern District of California, San Francisco Division
Case No. 3:14-cv-00379-CRB