1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES P. LOCKETT and DORI LOCKETT, <br><br> Plaintiffs, <br><br> v. <br><br> A.O. SMITH CORPORATION, et al., <br><br> Defendants. | Case No. 3:14-cv-00379-CRB <br><br> **ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT HANSON PERMANENTE CEMENT, INC.** <br><br> Judge: Honorable Charles R. Breyer |

**ORDER**

Having reviewed the Joint Motion to Dismiss all claims of Plaintiffs against Defendant HANSON PERMANENTE CEMENT, INC. without prejudice, the Court orders as follows:

1. The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendant HANSON PERMANENTE CEMENT, INC. are hereby dismissed without prejudice;

2. The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated:  September 15, 2014

