DAVID M. GLASPY, Esq. SBN 95332
BRIAN S. O'MALLEY, Esq. SBN 111921
**MCGIVNEY, KLUGER & GLASPY**
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
Telephone:  (925) 947-1300
Facsimile: (925) 947-1594

Attorneys for Defendant
HOMASOTE COMPANY

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| CHARLES P. LOCKETT AND DORI LOCKETT, | ) Case No.:  4:14-cv-00379-CRB (JSC) |
| | ) |
| | ) *Assigned to Honorable Charles R. Breyer* |
| Plaintiff, | ) *for all purposes* |
| | ) |
| vs. | ) *Assigned to Honorable Jacqueline Scott* |
| | ) *Corely for Settlement Conference, only* |
| A.O. SMITH CORPORATION, et al. | ) |
| | ) |
| | ) **ORDER GRANTING STIPULATION** |
| Defendants. | ) **OF DISMISSAL WITHOUT** |
| | ) **PREJUDICE PURSUANT TO** |
| | ) **FED.R.CIV.P.41(a)(1)(A)(i) OF** |
| | ) **DEFENDANT HOMASOTE** |
| | ) **COMPANY** |
| _____ | ) |

Pursuant to stipulation of the parties, IT IS SO ORDERED that the

above-entitled action is DISMISSED without prejudice as to defendant

HOMASOTE COMPANY only, each party to bear its own costs, fees and

expenses.

IT IS SO ORDERED.

Dated: September 15, 2014

HONORABLE CHARLES R. BREYER

IT IS SO ORDERED

Judge Charles R. Breyer

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] Order Dismissing Homasote Company