MICHAEL T. McCALL, State Bar No. 109580
mmccall@wfbm.com
IAN P. DILLON, State Bar No. 203612
idillon@wfbm.com
HILLARY H. HUTH, State Bar No. 215536
hhuth@wfbm.com
WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP
601 Montgomery Street, Ninth Floor
San Francisco, California 94111-2612
Telephone:    (415) 781-7072
Facsimile:    (415) 391-6258

Attorneys for Defendant
J-M MANUFACTURING COMPANY, INC.

## UNITED STATE DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. LOCKETT and DORI LOCKETT,<br><br>Plaintiffs,<br><br>v.<br><br>A.O. SMITH CORPORATION, et al.,<br><br>Defendants. | Case No. 3:14-cv-00379-CRB<br><br>[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED.R.CIV.P.41(a)(1)(A)(i) OF DEFENDANT J-M MANUFACTURING COMPANY, INC. |

Pursuant to stipulation of the parties, IT IS ORDERED that the above-entitled action is DISMISSED without prejudice as to defendant J-M MANUFACTURING COMPANY, INC. only, each party to bear its own costs, fees and expenses.

**IT IS SO ORDERED**.

DATED: ~~August ___, 2014~~ September 15, 2014



IT IS SO ORDERED
Judge Charles R. Breyer

2806075.1
3306-63.279
-1-