UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. LOCKETT and DORI LOCKETT,<br><br>Plaintiffs,<br><br>v.<br><br>A.O. SMITH CORPORATION, et al.,<br><br>Defendants. | Case No. 3:14-cv-00379-CRB<br><br>**ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT OAKFABCO, INC., f/k/a KEWANEE BOILER CORP.**<br><br>Judge: Honorable Charles R. Breyer |

# ORDER

Having reviewed the Joint Motion to Dismiss all claims of Plaintiffs against Defendant OAKFABCO, INC., f/k/a KEWANEE BOILER CORP. without prejudice, the Court orders as follows:

1. The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendant OAKFABCO, INC., f/k/a KEWANEE BOILER CORP. are hereby dismissed without prejudice;

2. The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: September 15, 2014



United States District Court
Judge Charles R. Breyer
Northern District of California

IT IS SO ORDERED