UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. LOCKETT and DORI LOCKETT,<br><br>Plaintiffs,<br><br>v.<br><br>A.O. SMITH CORPORATION, *et al.*,<br><br>Defendants. | Case No.: 3:14-cv-00379-CRB<br><br>ORDER DISMISSING WITHOUT PREDJUDICE ALL CLAIMS AGAINST DEFENDANT ALLIED INSULATION SUPPLY COMPANY, INC.<br><br>Complaint Filed:    July 9, 2013 |

**ORDER**

Having reviewed the Joint Stipulation to Dismiss all claims against Defendant Allied Insulation Supply Company, Inc., without prejudice, the Court orders as follows:

1. The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendant Allied Insulation Supply Company, Inc., are hereby dismissed without prejudice,

2. The parties will bear their own fees and costs.

**IT IS SO ORERED**

Dated: September  15, 2014

_____
HON. CH[...]
U.S. DIST[...]
NORTHE[...]

*IT IS SO ORDERED — Judge Charles R. Breyer*

1

[PROPOSED] ORDER DISMISSING WITHOUT PREDJUDICE ALL CLAIMS AGAINST DEFENDANT ALLIED INSULATION SUPPLY COMPANY, INC.

1261486V.1