1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. LOCKETT and<br>DORI LOCKETT,<br><br>          Plaintiffs,<br><br>vs.<br><br>A.O SMITH CORPORATION, et al.,<br><br>          Defendant. | Case No. 3:14-cv-00379-CRB<br><br>**ORDER GRANTING DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GEORGIA-PACIFIC LLC, F/K/A GEORGIA-PACIFIC CORPORATION**<br><br>Judge: Honorable Charles R. Breyer |

      PURSUANT TO STIPULATION, IT IS SO ORDERED. All claims against Defendant GEORGIA-PACIFIC LLC, F/K/A GEORGIA-PACIFIC CORPORATION are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: "Qevqdgt"32."4236         """"""""""""""""""""



Charles R. Breyer
United States