# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. LOCKETT and DORI LOCKETT,<br><br>        Plaintiffs,<br><br>vs.<br><br>A.O SMITH CORPORATION, et al.,<br><br>        Defendant. | Case No. 3:14-cv-00379-CRB<br><br>**ORDER GRANTING DISMISSAL WITHOUT PREJUDICE OF DEFENDANT HONEYWELL INTERNATIONAL, INC., F/K/A ALLIEDSIGNAL, INC., SUCCESSOR-IN-INTEREST TO THE BENDIX CORPORATION**<br><br>Judge: Honorable Charles R. Breyer |

PURSUANT TO STIPULATION, IT IS SO ORDERED. All claims against Defendant HONEYWELL INTERNATIONAL, INC., F/K/A ALLIEDSIGNAL, INC., SUCCESSOR-IN-INTEREST TO THE BENDIX CORPORATION are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: "Qevqdgt"32."4236



_____
Charles R. Breyer
United States District Judge