| | |
|---|---|
| 1 | Ethan A. Horn        CA Bar No. 190296 |
| 2 | Damon A. Schwartz   CA Bar No. 297392 |
|   | Matthew P. Juhren    CA Bar No. 292429 |
| 3 | **NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP** |
|   | 111 Corporate Drive |
| 4 | Ladera Ranch, CA 92694 |
|   | Telephone: 949-234-6032 |
| 5 | Facsimile: 949-429-0892 |
| 6 | Attorneys for Plaintiffs |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. LOCKETT and DORI LOCKETT, | Case No. 3:14-cv-00379-CRB |
| Plaintiffs, | **ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT AMERICAN OPTICAL COMPANY** |
| vs. | |
| A.O SMITH CORPORATION, et al., | |
| Defendant. | Judge: Honorable Charles R. Breyer |

# **ORDER**

Having reviewed the Motion to Dismiss all claims of Plaintiffs against Defendant AMERICAN OPTICAL COMPANY without prejudice, the Court orders as follows:

1. The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendant American Optical Company are hereby dismissed without prejudice;

2. The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated:  November 10, 2014



Hon. Charles R. Breyer