Ethan A. Horn        CA Bar No. 190296
Damon A. Schwartz   CA Bar No. 297392
Matthew P. Juhren    CA Bar No. 292429
**NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP**
111 Corporate Drive
Ladera Ranch, CA 92694
Telephone: 949-234-6032
Facsimile: 949-429-0892

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. LOCKETT and<br>DORI LOCKETT,<br><br>           Plaintiffs,<br><br>vs.<br><br>A.O SMITH CORPORATION, et al.,<br><br>           Defendant. | Case No. 3:14-cv-00379-CRB<br><br>**ORDER DISMISSING ALL CLAIMS OF<br>PLAINTIFFS AGAINST DEFENDANT<br>A.O. SMITH CORPORATION**<br><br>Judge: Honorable Charles R. Breyer |

1

**ORDER**

2         Having reviewed the Motion to Dismiss all claims of Plaintiffs against Defendant

3     A.O. SMITH CORPORATION without prejudice, the Court orders as follows:

4         1.    The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendant

5     A.O. Smith Corporation are hereby dismissed without prejudice;

6         2.    The parties will bear their own fees and costs.

7         **IT IS SO ORDERED.**

8

9     Dated:  November 10, 2014



10        Hon. Charles R. Breyer

11        No

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28