1  Ethan A. Horn        CA Bar No. 190296
2  Damon A. Schwartz    CA Bar No. 297392
   Matthew P. Juhren    CA Bar No. 292429
3  **NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP**
   111 Corporate Drive
4  Ladera Ranch, CA 92694
   Telephone: 949-234-6032
5  Facsimile: 949-429-0892

6  Attorneys for Plaintiffs

7

8
                          **UNITED STATES DISTRICT COURT**
9
                          **NORTHERN DISTRICT OF CALIFORNIA**
10

11

12  CHARLES P. LOCKETT and           Case No. 3:14-cv-00379-CRB
    DORI LOCKETT,
13                                   **ORDER DISMISSING ALL CLAIMS OF**
            Plaintiffs,               **PLAINTIFFS AGAINST DEFENDANT**
14  vs.                              **RSCC WIRE & CABLE, LLC**

15  A.O SMITH CORPORATION, et al.,
                                     Judge: Honorable Charles R. Breyer
16          Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Having reviewed the Motion to Dismiss all claims of Plaintiffs against Defendant RSCC WIRE & CABLE, LLC, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO RSCC WIRE & CABLE, INC. ("RSCC Wire & Cable, LLC") without prejudice, the Court orders as follows:

    1.    The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendant RSCC Wire & Cable, LLC are hereby dismissed without prejudice;

    2.    The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: November 10, 2014



_____
Hon. Charles R. Breyer
U.S. District Court
Northern District of California