UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. LOCKETT, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>AIR AND LIQUID SYSTEMS CORPORATION, et al.,<br><br>    Defendants. | Case No.  14-cv-00379-CRB   (JCS)<br><br>**ORDER GRANTING IN PART MOTIONS FOR PRINCIPALS TO ATTEND SETTLEMENT CONFERENCE BY TELEPHONE** |

Defendants Asbestos Corporation Limited, Armstrong International, Inc., Riley Power, Inc., Imco Industries, Inc., Thomas Dee Engineering, and Crane Co. (collectively the "Requesting Defendants") have sought permission for their principals to attend the settlement conferences, set for December 15, 16 and 17, 2014 by telephone.  The applications are **GRANTED** in part.  Principals of the Requesting Defendants, with unlimited settlement authority, shall be on telephone standby for the entire duration of the conference.  However, in the event that the matter does not settle, the Court will schedule a further settlement conference which the principals of the Requesting Parties will be required to attend in person.

**IT IS SO ORDERED.**

Dated: December 2, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge