# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOCKETT AND DORI LOCKETT, <br><br> Plaintiffs, <br><br> v. <br><br> A.O. SMITH CORPORATION, et al., <br><br> Defendants. | CASE NO. 3:14-cv-00379-CRB <br><br> **ORDER RE STIPULATION FOR DISMISSAL OF DEFENDANT ITT CORPORATION** |

IT IS HEREBY ORDERED that pursuant to stipulation defendant ITT CORPORATION, is dismissed without prejudice from the above-captioned action pursuant to FRCP 41(a)(2).

Dated: December 3, 2014    By: _____



1

ORDER RE STIPULATION FOR DISMISSAL