# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOCKETT AND DORI LOCKETT,<br><br>Plaintiffs,<br><br>v.<br><br>A.O. SMITH CORPORATION, et al.,<br><br>Defendants. | CASE NO. 3:14-cv-00379-CRB<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF DEFENDANT CHICAGO PNEUMATIC TOOL COMPANY LLC** |

IT IS HEREBY ORDERED that pursuant to stipulation defendant CHICAGO PNEUMATIC TOOL COMPANY, is dismissed without prejudice from the above-captioned action pursuant to FRCP 41(a)(2).

Dated: December 3, 2014            By: _____

