Charles S. Bishop, Bar No. 099335
(cbishop@cbslawllp.com)
Bryan Stofferahn, Bar No. 222148
(bstofferahn@cbslawllp.com)
CONNOR, BISHOP & STOFFERAHN LLP
44 Montgomery Street, Suite 1750
San Francisco, CA 94104
Telephone   415.434.3006
Facsimile   415.434.1445

Attorneys for Defendant
Fryer-Knowles, Inc., a California corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

— oOo —

| | |
|---|---|
| CHARLES P. LOCKETT AND DORI LOCKETT,<br><br>Plaintiffs,<br><br>v.<br><br>A.O. SMITH CORPORATION, et al.,<br><br>Defendants. | Case No. 3:14-cv-00379-CRB<br><br>[~~PROPOSED~~] ORDER GRANTING DISMISSAL OF DEFENDANT FRYER-KNOWLES, INC., A CALIFORNIA CORPORATION<br><br>Judge: Honorable Charles R. Breyer |

PURSUANT TO STIPULATION, IT IS ORDERED that all claims against defendant FRYER-KNOWLES, INC., a California corporation are hereby dismissed without prejudice under Rule 41 of the Federal Rules of Civil Procedure.

Dated: ~~November~~ December 4, 2014

_____
Hon. Charles R. Breyer
United States District Court Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*

Connor, Bishop & Stofferahn LLP
Attorneys at Law
44 Montgomery Street
Suite 1750
San Francisco, CA 94104
Tel. 415.434.3006

ORDER GRANTING DISMISSAL OF DEFENDANT FRYER-KNOWLES, INC., A CALIFORNIA CORPORATION
LOCKETT v. A.O. SMITH CORPORATION, et. al    Page -1-    3:14-cv-00379-CRB