MARY ELLEN GAMBINO (State Bar No. 111521)
ROBERT G. ENGEL (State Bar No. 158115)
**WILSON ELSER MOSKOWITZ**
  **EDELMAN & DICKER LLP**
525 Market Street, 17th Floor,
San Francisco, CA 94105-2725
Telephone: 415.433.0990
Facsimile: 415.434.1370

Attorneys for Defendant
ASBESTOS CORPORATION LIMITED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. LOCKETT and DORI LOCKETT,<br><br>Plaintiffs,<br><br>vs.<br><br>A.O. SMITH CORPORATION, et al.,<br><br>Defendants. | Case No.  3:14-cv-00379 CRB (JCS)<br><br>**ORDER GRANTING DISMISSAL OF ACTION WITHOUT PREJUDICE AS TO ASBESTOS CORPORATION LIMITED** |

Pursuant to the stipulation of the parties, it is hereby ORDERED that plaintiffs CHARLES P. LOCKETT and DORI LOCKETT's Complaint as to defendant ASBESTOS CORPORATION LIMITED is DISMISSED without prejudice, each party to bear its own costs.

IT IS SO ORDERED.

DATED:   December 12, 2014

_____
The Honorable
United States

*[Signature stamp: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court, Northern District of California]*