MICHELE C. BARNES (SBN 187239)
michele.barnes@klgates.com
PETER E. SOSKIN (SBN 280347)
peter.soskin@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone:  415.882.8200
Facsimile:   415.882.8220

Attorneys for Defendant
CRANE CO.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES P. LOCKETT AND DORI LOCKETT,<br><br>              Plaintiffs,<br><br>vs.<br><br>A.O. SMITH CORPORATION, et al.,<br><br>              Defendants. | Civil Action No. 3:14-cv-00379-CRB<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. PRO. 41(A)** |

   IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs CHARLES P. LOCKETT and DORI LOCKETT, pursuant to Federal Rules of Civil Procedure 41(a)(2), that the Complaint of Plaintiffs CHARLES P. LOCKETT and DORI LOCKETT, Civil Action No. 3:14-cv-00379-CRB, in the above-captioned action may be and is hereby dismissed without prejudice as to Defendant CRANE CO., only.  The parties shall each bear their own costs.

\\

\\

\\

\\

| | |
|---|---|
| Dated:  December __. 2014 | **NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP** |

_____
Damon Schwartz
111 Corporate Drive, Suite 225
Ladera Ranch, CA 92694
Phone 949-234-6032
dschwartz@napolibern.com

*Attorneys for Plaintiffs CHARLES P. LOCKETT and DORI LOCKETT*

Dated:  December __, 2014        **K&L GATES LLP**

_____
Michele C. Barnes
Peter E. Soskin
Four Embarcadero Center, Suite 1200
San Francisco, California  94111
Phone: (415) 882-8200
Email: michele.barnes@klgates.com
Email: peter.soskin@klgates.com

*Attorneys for Defendant Crane Co.*

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINTIFFS' COMPLAINT AS TO DEFENDANT CRANE CO. IS DISMISSED WITHOUT PREJUDICE.  EACH PARTY IS TO BEAR ITS OWN COSTS.**

Dated: December 12, 2014        _____
                HONORABLE CHARLES R. BREYER

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer]*

2

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. PRO. 41(A)
CIVIL ACTION NO. 3:14-CV-00379-CRB**