UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES LOCKETT AND DORI LOCKETT, | CASE NO.: 3:14-cv-00379-CRB |
| Plaintiffs, | **ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT ALLIED PACKING & SUPPLY, INC.** |
| v. | Complaint Filed:     July 9, 2013<br>Trial Date:          None Set |
| A.O. SMITH CORPORATION, et al., | |
| Defendant. | |

Having reviewed the Joint Motion to Dismiss all claims of Plaintiffs CHARLES P. LOCKETT and DORI LOCKETT against Defendant ALLIED PACKING & SUPPLY, INC. without prejudice, the Court orders as follows:

1.       The claims by Plaintiff CHARLES P. LOCKETT and DORI LOCKETT against ALLIED PACKING & SUPPLY, INC. are hereby dismissed without prejudice;

2.       The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated:   December 12, 2014 _____
                                                         Judge of the United States District Court



IMAI, TADLOCK, KEENEY & CORDERY, LLP
LAW OFFICES
100 BUSH STREET
SUITE 1300
SAN FRANCISCO, CA  94104
(415) 675-7000

-1-

ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT ALLIED PACKING & SUPPLY, INC.