1  Ron G. Archer        CA Bar No. 189429
   Damon A. Schwartz    CA Bar No. 297392
2  Matthew P. Juhren    CA Bar No. 292429
   Russell A. Brown     CA Bar No. 297991
3  **NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP**
4  111 Corporate Drive
   Ladera Ranch, CA 92694
5  Telephone: 949-234-6032
   Facsimile: 949-429-0892
6
7  Attorneys for Plaintiffs

8                    **UNITED STATES DISTRICT COURT**
9                   **NORTHERN DISTRICT OF CALIFORNIA**
10

11 | CHARLES P. LOCKETT and | Case No. 3:14-cv-00379-CRB |
12 | DORI LOCKETT, | |
13 | Plaintiffs, | **ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT DORSETT & JACKSON, INC.** |
14 | vs. | |
15 | A.O SMITH CORPORATION, et al., | |
16 | Defendant. | Judge: Honorable Charles R. Breyer |
17

# <u>ORDER</u>

1

2       Having reviewed the Motion to Dismiss all claims of Plaintiffs against Defendant

3   DORSETT & JACKSON, INC. without prejudice, the Court orders as follows:

4       1.      The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendant

5   Dorsett & Jackson, Inc. are hereby dismissed without prejudice;

6       2.      The parties will bear their own fees and costs.

7       **IT IS SO ORDERED.**

8

9   Dated:  December 15, 2014

10



11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28