Ron G. Archer        CA Bar No. 189429
Damon A. Schwartz    CA Bar No. 297392
Matthew P. Juhren    CA Bar No. 292429
Russell A. Brown     CA Bar No. 297991
**NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP**
111 Corporate Drive
Ladera Ranch, CA 92694
Telephone: 949-234-6032
Facsimile: 949-429-0892

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES P. LOCKETT and DORI LOCKETT,<br><br>          Plaintiffs,<br><br>vs.<br><br>A.O SMITH CORPORATION, et al.,<br><br>          Defendant. | Case No. 3:14-cv-00379-CRB<br><br>**ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT DORSETT & JACKSON, INC.**<br><br>Judge: Honorable Charles R. Breyer |

**ORDER**

Having reviewed the Motion to Dismiss all claims of Plaintiffs against Defendant DORSETT & JACKSON, INC. without prejudice, the Court orders as follows:

1. The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendant Dorsett & Jackson, Inc. are hereby dismissed without prejudice;

2. The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated:  December 15, 2014

