Ron G. Archer          CA Bar No. 189429
Damon A. Schwartz      CA Bar No. 297392
Matthew P. Juhren      CA Bar No. 292429
Russell A. Brown       CA Bar No. 297991
**NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP**
111 Corporate Drive
Ladera Ranch, CA 92694
Telephone: 949-234-6032
Facsimile: 949-429-0892

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES P. LOCKETT and DORI LOCKETT,<br><br>             Plaintiffs,<br><br>vs.<br><br>A.O SMITH CORPORATION, et al.,<br><br>             Defendant. | Case No. 3:14-cv-00379-CRB<br><br>**ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT ARMSTRONG INTERNATIONAL, INC.**<br><br>Judge: Honorable Charles R. Breyer |

**ORDER**

Having reviewed the Motion to Dismiss all claims of Plaintiffs against Defendant ARMSTRONG INTERNATIONAL, INC. without prejudice, the Court orders as follows:

1. The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendant Armstrong International, Inc. are hereby dismissed without prejudice;

2. The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated:  December 16, 2014



_____
Hon. Charles R. Breyer
U.S. District Judge
Northern District of California