**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES LOCKETT AND DORI LOCKETT, | Case No. 14-CV-00379-CRB |
| Plaintiffs, | **ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANTS LORILLARD TOBACCO COMPANY AND HOLLINGSWORTH & VOSE COMPANY** |
| v. | |
| A.O. SMITH CORPORATION, et al., | |
| Defendants. | |

**ORDER**

Having reviewed the Joint Stipulation for Dismissal Without Prejudice As to Defendants Lorillard Tobacco Company and Hollingsworth & Vose Company, the Court orders as follows:

1.      The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendants Lorillard Tobacco Company and Hollingsworth & Vose Company are hereby dismissed without prejudice;

2.      The parties will bear their own costs and attorneys' fees.

**IT IS SO ORDERED**.

Dated:   December 19, 2014.

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE