1  Ron G. Archer          CA Bar No. 189429
   Damon A. Schwartz    CA Bar No. 297392
2  Matthew P. Juhren    CA Bar No. 292429
   Russell A. Brown       CA Bar No. 297991
3  **NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP**
4  111 Corporate Drive
   Ladera Ranch, CA 92694
5  Telephone: 949-234-6032
   Facsimile: 949-429-0892
6
7  Attorneys for Plaintiffs
8
9  **UNITED STATES DISTRICT COURT**

10 **NORTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| CHARLES P. LOCKETT and DORI LOCKETT, | Case No. 3:14-cv-00379-CRB |
| Plaintiffs, | **ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT REPUBLIC SUPPLY COMPANY** |
| vs. | |
| A.O SMITH CORPORATION, et al., | Judge: Honorable Charles R. Breyer |
| Defendant. | |

**ORDER**

Having reviewed the Motion to Dismiss all claims of Plaintiffs against Defendant REPUBLIC SUPPLY COMPANY without prejudice, the Court orders as follows:

1. The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendant Republic Supply Company are hereby dismissed without prejudice;

2. The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated:  December 19,



Hon. Charles R. Breyer