UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. LOCKETT, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AIR AND LIQUID SYSTEMS CORPORATION, et al.,<br><br>　　　　Defendants. | Case No.  14-cv-00379-CRB   (JCS)<br><br>**SCHEDULING ORDER** |

Good cause appearing, it is hereby ORDERED:

1. All non-expert discovery shall be completed by March 16, 2015;

2. All expert disclosures required by Fed. R. Civ. P. 26 shall be made on or before March 16, 2015;

3. All rebuttal expert disclosures required by Fed. R. Civ. P. 26 shall be made on or before March 30, 2015;

4. All expert discovery shall be completed by April 30, 2015; and

5. The last day for hearing dispositive motions in this matter is June 5, 2015.

**IT IS SO ORDERED.**

Dated: January 5, 2015



_____
CHARLES R. BREYER
United States District Judge