UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. LOCKETT and DORI LOCKETT,<br><br>   Plaintiffs,<br><br>   vs.<br><br>A.O. SMITH CORPORATION, et al.,<br><br>   Defendants. | Case No. 3:14-CV-00379-CRB<br><br>**ORDER DISMISSING WITHOUT PREJUDICE ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT PARKER-HANNIFIN CORPORATION** |

### **ORDER**

Having reviewed the Joint Stipulation for Dismissal Without Prejudice as to Defendant Parker-Hannifin Corporation, the Court orders as follows:

1. The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendant Parker-Hannifin Corporation are hereby dismissed without prejudice;

2. The parties will bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:   January 5, 2015

_____
Hon. Charles R. Breyer
United States District Judge

*[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California]*

1161443

1