| | |
|---|---|
| 1 | Ron G. Archer         CA Bar No. 189429 |
| 2 | Damon A. Schwartz   CA Bar No. 297392 |
|   | Matthew P. Juhren    CA Bar No. 292429 |
| 3 | Russell A. Brown      CA Bar No. 297991 |

**NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP**
111 Corporate Drive
Ladera Ranch, CA 92694
Telephone: 949-234-6032
Facsimile: 949-429-0892

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. LOCKETT and DORI LOCKETT,<br><br>            Plaintiffs,<br><br>vs.<br><br>A.O SMITH CORPORATION, et al.,<br><br>            Defendant. | Case No. 3:14-cv-00379-CRB<br><br>**ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT THE WILLIAM POWELL COMPANY**<br><br>Judge: Honorable Charles R. Breyer |

**ORDER**

Having reviewed the Motion to Dismiss all claims of Plaintiffs against Defendant THE WILLIAM POWELL COMPANY without prejudice, the Court orders as follows:

1. The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendant The William Powell Company are hereby dismissed without prejudice;

2. The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: January 5, 2015



Hon. Charles R. Breyer