Ron G. Archer        CA Bar No. 189429
Damon A. Schwartz    CA Bar No. 297392
Matthew P. Juhren    CA Bar No. 292429
Russell A. Brown     CA Bar No. 297991
**NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP**
111 Corporate Drive
Ladera Ranch, CA 92694
Telephone: 949-234-6032
Facsimile: 949-429-0892

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. LOCKETT and DORI LOCKETT, | Case No. 3:14-cv-00379-CRB |
| Plaintiffs, | **ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT HILL BROTHERS CHEMICAL COMPANY** |
| vs. | |
| A.O SMITH CORPORATION, et al., | |
| Defendant. | Judge: Honorable Charles R. Breyer |

1

<u>**ORDER**</u>

2

     Having reviewed the Motion to Dismiss all claims of Plaintiffs against Defendant HILL

3

BROTHERS CHEMICAL COMPANY without prejudice, the Court orders as follows:

4

     1.     The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendant Hill

5

Brothers Chemical Company are hereby dismissed without prejudice;

6

     2.     The parties will bear their own fees and costs.

7

     **IT IS SO ORDERED.**

8

9

Dated:  January 5, 2015

10



     Hon. Charles R. Breyer

11

     U.S. District Court

     Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT HILL BROTHERS CHEMICAL
COMPANY - 2