**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES P. LOCKETT AND DORI LOCKETT,<br><br>                    Plaintiff,<br><br>   v.<br><br>A.O. SMITH CORPORATION, et al.,<br><br>                    Defendants. | CASE NO. 3:14-cv-00379-CRB<br><br>[Transferred from Alameda County Superior Court Case No. RG-13686746]<br><br>**ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT AIR & LIQUID SYSTEMS CORPORATION, SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.** |

The Court hereby GRANTS the parties' request to enter the stipulation for dismissal without prejudice of Defendant Air & Liquid Systems Corporation, successor by merger to Buffalo Pumps, Inc.  Accordingly all claims against Defendant Air & Liquid Systems Corporation, successor by merger to Buffalo Pumps, Inc. are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**

Dated:  February 13, 2015



Char[les R. Breyer]
Unite[d States District Judge]

---

ORDER DISMISSING ALL CLAIMS OF PLAINTIFF AGAINST DEFENDANT AIR & LIQUID SYSTEMS CORPORATION, SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.

Gordon & Rees LLP
1111 Broadway, Suite 1700
Oakland, CA 94607

1090694/22237094v.1