TUCKER ELLIS LLP
JOHN K. SON SBN 238516
john.son@tuckerellis.com
515 South Flower Street, 42nd Floor
Los Angeles, CA 90071
Telephone: 213.430.3400
Facsimile: 213.430.3409

TUCKER ELLIS LLP
KELLY M. BREEN SBN 267715
kelly.breen@tuckerellis.com
One Market Plaza
Steuart Tower, Suite 700
San Francisco, CA 94105
Telephone: 415.617.2400
Facsimile: 415.617.2409

Attorneys for Plaintifs
CARRIER CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES P. LOCKETT and DORI LOCKETT,<br><br>    Plaintiffs,<br><br>v.<br><br>A.O. SMITH CORPORATION,<br><br>    Defendants. | Case No. 3:14-CV-00379-NC<br><br>[PROPOSED] ORDER DISMISSING WITHOUT PREJUDICE ALL CLAIMS OF PLAINTIFFS AGAINST CARRIER CORPORATION |

Having reviewed the Joint Stipulation for Dismissal Without Prejudice as to Defendant Carrier Corporation, the Court orders as follows:

1. The claims by Plaintiffs Charles P. Lockett and Dori Lockett against Defendant Carrier Corporation are hereby dismissed without prejudice.

2. The parties will bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**
        February 16, 2015
DATED: ~~January~~ ___, ~~2015~~                    _____

United States District Court Judge



IT IS SO ORDERED
Judge Charles R. Breyer

[PROPOSED] ORDER

011939.005183/357987