UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES P. LOCKETT, et al.,

    Plaintiffs,

v.

CBS CORPORATION, et al.,

    Defendants.

Case No. 14-cv-00379-CRB   (JCS)

**ORDER FOR UPDATED STATUS CONFERENCE STATEMENT**

IT IS HEREBY ORDERED THAT the Plaintiffs shall submit an updated status conference statement by **February 25, 2015,** stating which Defendants remain in this case, and the status of negotiations with the remaining Defendants. A copy of the status conference statement shall be submitted in .pdf format and emailed to JCSPO@cand.uscourts.gov.

IT IS SO ORDERED.

Dated: February 19, 2015

_____
JOSEPH C. SPERO
United States Magistrate Judge