1  Damon A. Schwartz     CA Bar No. 297392
   Matthew P. Juhren     CA Bar No. 292429
2  Russell A. Brown      CA Bar No. 297991
3  **NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP**
   111 Corporate Drive, Suite 225
4  Ladera Ranch, CA 92694
   Telephone: 949-234-6032
5  Facsimile: 949-429-0892

6  Attorneys for Plaintiffs

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11

12 CHARLES P. LOCKETT and           Case No. 3:14-cv-00379-CRB
   DORI LOCKETT,
13                                  **ORDER DISMISSING ALL CLAIMS OF**
              Plaintiffs,           **PLAINTIFFS AGAINST DEFENDANT**
14 vs.                              **THE LUNKENHEIMER COMPANY**

15 A.O SMITH CORPORATION, et al.,
                                    Judge: Honorable Charles R. Breyer
16            Defendant.

17

# **ORDER**

Having reviewed the Motion to Dismiss all claims of Plaintiffs against Defendant THE LUNKENHEIMER COMPANY without prejudice, the Court orders as follows:

1. The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendant The Lunkenheimer Company are hereby dismissed without prejudice;

2. The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated:  March 3, 2015



Hon. _____
U.S. District Judge
Northern District of California