1  Damon A. Schwartz     CA Bar No. 297392
   Matthew P. Juhren     CA Bar No. 292429
2  Russell A. Brown      CA Bar No. 297991
3  **NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP**
   111 Corporate Drive, Suite 225
4  Ladera Ranch, CA 92694
   Telephone: 949-234-6032
5  Facsimile: 949-429-0892

6  Attorneys for Plaintiffs

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11

12  CHARLES P. LOCKETT and           Case No. 3:14-cv-00379-CRB
    DORI LOCKETT,
13                                   **ORDER DISMISSING ALL CLAIMS OF**
              Plaintiffs,            **PLAINTIFFS AGAINST DEFENDANT**
14  vs.                              **MAREMOUNT CORPORATION**

15  A.O SMITH CORPORATION, et al.,
                                     Judge: Honorable Charles R. Breyer
16            Defendant.

17

# **ORDER**

Having reviewed the Motion to Dismiss all claims of Plaintiffs against Defendant MAREMOUNT CORPORATION without prejudice, the Court orders as follows:

1. The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendant Maremount Corporation are hereby dismissed without prejudice;

2. The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: March 3, 2015



Hon. Charles R. Breyer
U.S. District Judge
Northern District of California