1 | Damon A. Schwartz     CA Bar No. 297392
2 | Matthew P. Juhren     CA Bar No. 292429
  | Russell A. Brown      CA Bar No. 297991
3 | **NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP**
  | 111 Corporate Drive, Suite 225
4 | Ladera Ranch, CA 92694
  | Telephone: 949-234-6032
5 | Facsimile: 949-429-0892

6 | Attorneys for Plaintiffs

7 |

8 |                 **UNITED STATES DISTRICT COURT**
9 |
10|                 **NORTHERN DISTRICT OF CALIFORNIA**

11|
12| CHARLES P. LOCKETT and              Case No. 3:14-cv-00379-CRB
   | DORI LOCKETT,
13|                                     **ORDER DISMISSING ALL CLAIMS OF**
   |         Plaintiffs,                **PLAINTIFFS AGAINST DEFENDANT**
14| vs.                                 **ELLIOT COMPANY**
15| A.O SMITH CORPORATION, et al.,
                                        Judge: Honorable Charles R. Breyer
16|         Defendant.
17|
18|
...
28|

**ORDER**

Having reviewed the Motion to Dismiss all claims of Plaintiffs against Defendant ELLIOT COMPANY without prejudice, the Court orders as follows:

1. The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendant Elliot Company are hereby dismissed without prejudice;

2. The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated:  March 3, 2015

_____
Hon. Charles R. Breyer
U.S. District Judge
Northern District of California

*IT IS SO ORDERED*
*Judge Charles R. Breyer*