1  Damon A. Schwartz     CA Bar No. 297392
   Matthew P. Juhren      CA Bar No. 292429
2  Russell A. Brown        CA Bar No. 297991
   **NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP**
3  111 Corporate Drive, Suite 225
   Ladera Ranch, CA 92694
4  Telephone: 949-234-6032
   Facsimile: 949-429-0892
5
6  Attorneys for Plaintiffs
7
8                        **UNITED STATES DISTRICT COURT**
9
                      **NORTHERN DISTRICT OF CALIFORNIA**
10
11
12  CHARLES P. LOCKETT and            Case No. 3:14-cv-00379-CRB
    DORI LOCKETT,
13                                    **ORDER DISMISSING ALL CLAIMS OF**
              Plaintiffs,             **PLAINTIFFS AGAINST DEFENDANT**
14                                    **RILEY POWER, INC.**
    vs.
15
    A.O SMITH CORPORATION, et al.,
16                                    Judge: Honorable Charles R. Breyer
              Defendant.
17
18
19
20
21
22
23
24
25
26
27
28

ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT RILEY POWER, INC. - 1
                                                              3:14-CV-00379-CRB

1

## **ORDER**

2        Having reviewed the Motion to Dismiss all claims of Plaintiffs against Defendant

3   RILEY POWER, INC. with prejudice, the Court orders as follows:

4        1.        The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendant

5   Riley Power, Inc. are hereby dismissed with prejudice.

6        **IT IS SO ORDERED.**

7

8

9   Dated:  'O ctej '"5.'"4237

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28