Damon A. Schwartz     CA Bar No. 297392
Matthew P. Juhren     CA Bar No. 292429
Russell A. Brown      CA Bar No. 297991
**NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP**
111 Corporate Drive, Suite 225
Ladera Ranch, CA 92694
Telephone: 949-234-6032
Facsimile: 949-429-0892

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. LOCKETT and DORI LOCKETT, <br><br> Plaintiffs, <br><br> vs. <br><br> A.O SMITH CORPORATION, et al., <br><br> Defendant. | Case No. 3:14-cv-00379-CRB <br><br> **ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT GENERAL ELECTRIC COMPANY** <br><br> Judge: Honorable Charles R. Breyer |

**ORDER**

Having reviewed the Motion to Dismiss all claims of Plaintiffs against Defendant GENERAL ELECTRIC COMPANY without prejudice, the Court orders as follows:

1. The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendant General Electric Company are hereby dismissed without prejudice;

2. The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated:   March 9, 2015

