UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. LOCKETT and DORI LOCKETT,<br><br>            Plaintiffs,<br><br>v.<br><br>AO SMITH CORPORATION, et al.<br><br>            Defendants. | CASE NO. 3:14-cv-00379-CRB<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT, INGERSOLL RAND COMPANY** |

   IT IS HEREBY ORDERED that pursuant to stipulation defendant INGERSOLL RAND COMPANY, is dismissed without prejudice each party to bear their own costs from the above-captioned action pursuant to FRCP 41(a)(2).

Dated: March 20, 2015        By: _____



1

ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT INGERSOLL RAND COMPANY