1 | Gary D. Sharp, Esq.         SBN 116216
2 | T. Eric Sun, Esq.              SBN 187486
  | Elizabeth R. Bain, Esq.    SBN 255265
  | FOLEY & MANSFIELD, P.L.L.P.
3 | 300 Lakeside Drive, Suite 1900
  | Oakland, CA  94612
4 | Telephone:   (510) 590-9500
  | Facsimile:    (510) 590-9595
5 | Email:         ebain@foleymansfield.com

6 | Attorneys for Defendant
  | **CLEAVER-BROOKS, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES P. LOCKETT AND DORI LOCKETT,<br><br>            Plaintiffs,<br><br>    vs.<br><br>A.O. SMITH CORPORATION, et al.,<br><br>            Defendants. | Case No:   3:14-Cv-00379 CRB<br><br>**ORDER DISMISSING ALL CLAIMS OF PLAINTIFF AGAINST DEFENDANT CLEAVER-BROOKS, INC.**<br><br>**JUDGE: HONORABLE CHARLES R. BREYER** |

**ORDER**

Having reviewed the Stipulation for Dismissal of Plaintiffs against the Defendant CLEAVER-BROOKS, INC., without prejudice, the Court orders as follows:

1. The claims by Plaintiffs Charles Lockett and Dori Lockett against the Defendant Cleaver-Brooks, Inc. are hereby dismissed without prejudice;

2. The parties will bear their own fees and costs.

   **IT IS SO ORDERED**

DATED:  March 23, 2015

                                   By: _____
                                   **Hon. Charles R. Breyer**
                                   **United States District Court**
                                   **Northern District of California**

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*