Dennis Young, Esq.    SBN 121178
Elizabeth R. Bain, Esq. SBN 255265
**Foley & Mansfield, PLLP**
300 Lakeside Drive, Suite 1900
Oakland, CA  94612
Telephone:   (510) 590-9500
Facsimile:    (510) 590-9595
E-Mail: ebain@foleymansfield.com

Attorneys for Defendant
**ZURN INDUSTRIES, LLC**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES P. LOCKETT AND DORI LOCKETT,<br><br>            Plaintiffs,<br><br>    vs.<br><br>A.O. SMITH CORPORATION, et al.,<br><br>            Defendants. | Case No:   3:14-cv-00379 CRB<br><br>**ORDER DISMISSING ALL CLAIMS OF PLAINTIFF AGAINST DEFENDANT ZURN INDUSTRIES, LLC**<br><br>Judge: HONORABLE Charles R. Breyer |

## ORDER

Having reviewed the Stipulation for Dismissal of Plaintiffs against the Defendant ZURN INDUSTRIES, LLC, without prejudice, the Court orders as follows:

1. The claims by Plaintiffs Charles Lockett and Dori Lockett against the Defendant Zurn Industries, LLC are hereby dismissed without prejudice;

2. The parties will bear their own fees and costs.

    **IT IS SO ORDERED**

DATED:  March 23, 2015

                                    By: _____
                                          **Hon. Charles R. Breyer**
                                          **United States District Judge**
                                          **Northern District of California**

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

1