|   |   |
|---|---|
| 1 | Damon A. Schwartz     CA Bar No. 297392 |
| 2 | Matthew P. Juhren     CA Bar No. 292429 |
|   | Russell A. Brown     CA Bar No. 297991 |
| 3 | **NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP** |
|   | 111 Corporate Drive, Suite 225 |
| 4 | Ladera Ranch, CA 92694 |
|   | Telephone: 949-234-6032 |
| 5 | Facsimile: 949-429-0892 |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| CHARLES P. LOCKETT and DORI LOCKETT, | Case No. 3:14-cv-00379-CRB |
|---|---|
| Plaintiffs, | **ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS AGAINST DEFENDANT FMC CORPORATION** |
| vs. | |
| A.O SMITH CORPORATION, et al., | Judge: Honorable Charles R. Breyer |
| Defendant. | |

**ORDER**

Having reviewed the Motion to Dismiss all claims of Plaintiffs against Defendant FMC CORPORATION with prejudice, the Court orders as follows:

1. The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendant FMC CORPORATION are hereby dismissed with prejudice;

2. The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated:  March 27, 2015



Hon.
U.S.
Northern District of California