1  Damon A. Schwartz        CA Bar No. 297392
   Matthew P. Juhren        CA Bar No. 292429
2  Russell A. Brown         CA Bar No. 297991
3  **NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP**
   111 Corporate Drive, Suite 225
4  Ladera Ranch, CA 92694
   Telephone: 949-234-6032
5  Facsimile: 949-429-0892

6  Attorneys for Plaintiffs

7

8
                         **UNITED STATES DISTRICT COURT**
9
                         **NORTHERN DISTRICT OF CALIFORNIA**
10

11

12 CHARLES P. LOCKETT and           Case No. 3:14-cv-00379-CRB
   DORI LOCKETT,
13                                  **ORDER DISMISSING ALL CLAIMS OF**
            Plaintiffs,             **PLAINTIFFS AGAINST DEFENDANT**
14                                  **VELAN VALVE CORP.**
   vs.
15
   A.O SMITH CORPORATION, et al.,   Judge: Honorable Charles R. Breyer
16
            Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Having reviewed the Motion to Dismiss all claims of Plaintiffs against Defendant VELAN VALVE CORP. with prejudice, the Court orders as follows:

1. The claims by Plaintiffs Charles Lockett and Dori Lockett against Defendant Velan Valve Corp. are hereby dismissed with prejudice;

2. The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: March 27, 2015

