UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. LOCKETT, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>IMO INDUSTRIES, INC., et al.,<br><br>　　　　Defendants. | Case No. 14-cv-00379-CRB   (JCS)<br><br>**ORDER REGARDING STIPULATIONS OF DISMISSAL** |

The Court understands that stipulations of dismissal have been filed as to all defendants except for Thomas Dee Engineering, Inc., and that after all currently submitted stipulations of dismissal are filed, only Thomas Dee Engineering, Inc., will remain as a defendant. Any party that believes that stipulations of dismissal have not been filed as to all defendants other than Thomas Dee Engineering shall file an objection within seven (7) days. In addition, Plaintiff has advised that a stipulation of dismissal as to the last remaining defendant Thomas Dee Engineering will be filed. Such a stipulation shall be filed within seven (7) days.

**IT IS SO ORDERED.**

Dated: April 1, 2015

_____
JOSEPH C. SPERO
United States Magistrate Judge